UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY BARGER, aka GARY DALE BARGER, aka GARY FRANCIS FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURTS,<br><br>    Respondent. | Case No. 17-cv-01689-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Sonny Barger challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  March 30, 2017

                                              WILLIAM H. ORRICK
                                              United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONNY BARGER,

    Plaintiff,

    v.

SACRAMENTO COUNTY SUPERIOR COURTS,

    Defendant.

Case No. 17-cv-01689-WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2017, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Sonny Barger ID: F85263
Kern Valley State Prison - D-4-111
P.O. Box 5104
Delano, CA 93216

Dated: March 30, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Jean Davis, Deputy Clerk to the
Honorable WILLIAM H. ORRICK

2